# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROGER JAMES DOTZ,**

      Petitioner,

    V.                CASE NUMBER: **05-C-984**

**CATHERINE FANEY**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Roger James Dotz's motion to proceed in forma pauperis is Denied. Roger James Dotz's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED for failure to exhaust his available state court remedies. This action is hereby DISMISSED.**

    November 8, 2005                        SOFRON B. NEDILSKY
Date                                            Clerk

                                                           s/ Linda M. Zik
                                                           (By) Deputy Clerk